Western Screw Manufacturing Company, appellant, v. The Automatic Retailing Corporation, formerly Arcor-Illinois Corporation, appellee. Gen. No. 35,800.

Opinion filed April 25, 1932.

Rosenberg, Braude & Zimmerman, for appellant; Irving S. Berman and Isadore Fishman, of counsel. C. W. Larsen, for appellee; F. J. Karasek, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Lorraine Hawkins, a minor, by James Hawkins, her father and next friend, defendant in error, v. Edgar McClun, plaintiff in error. Gen. No. 35,384.

Opinion filed April 25, 1932. Rehearing denied May 9, 1932.

John A. Bloomingston, for plaintiff in error. Joseph D. Ryan and Louis P. Miller, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

Kenneth H. Idle, appellee, v. Continental Coffee Company, appellant. Gen. No. 35,527.

O'Connor, P. J., dissents. Opinion filed April 25, 1932. Rehearing denied May 9, 1932.

John A. Bloomingston, for appellant. Royal W. Irwin, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Louis Glickman, defendant in eror, v. Eser Schultz and Fannie Schultz, plaintiffs in error. Gen. No. 35,706.

Opinion filed April 25, 1932.

Shulman, Shulman & Abrams, for plaintiffs in error; Meyer Abrams, of counsel. Gustav E. Beerly and Sidney Oppenheim, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.